## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  20-21769-CIV-ALTONAGA/Goodman

**LAZARO JIMENEZ**,

      Plaintiff,

v.

**RENT-A-CENTER EAST, INC.**,

      Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on Defendant Rent-A-Center East, Inc.'s Unopposed Motion to Compel Arbitration and Dismiss or, in the Alternative, Stay Proceedings Pending Arbitration [ECF No. 6], filed May 1, 2020.  As Plaintiff does not oppose the Motion, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Court compels the parties to submit all arbitrable claims to arbitration in accordance with the terms of their arbitration agreement.

It is further **ORDERED AND ADJUDGED** that all pending motions, if any, are denied as moot, and this matter is STAYED pending the conclusion of private arbitration of this matter. All parties shall bear their own fees and costs.  The Clerk is DIRECTED to administratively close this case.

**DONE AND ORDERED** in Miami, Florida, this 1st day of May, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record